UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:21-cv-02566-TPB-AAS

**SILFREDO SALINA,**

    Plaintiff,

v.

**GOLDEN MARBLE & GRANITE, INC.,**
A Florida Limited Liability Company

                                /

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07 (c), I certify that the instant action:

____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

**  x  ** IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated this 9th day of November, 2021.

                                        Respectfully submitted,

                                        ***/s/ Noah E. Storch***
                                        Noah E. Storch, Esq.
                                        Florida Bar No. 0085476
                                        RICHARD CELLER LEGAL, P.A.
                                        10368 W. State Rd 84, Suite 103
                                        Davie, Florida 33324
                                        Telephone: (866) 344-9243
                                        Facsimile: (954) 337-2771
                                        E-mail: noah@floridaovertimelawyer.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 9th day of November, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a copy of same to all counsel of record.

                                               ***/s/ Noah E. Storch***
                                               Noah E. Storch, Esq.