UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:21-cv-02566-TPB-AAS

**SILFREDO SALINA,**

    **Plaintiff,**

v.

**GOLDEN MARBLE & GRANITE, INC.,**
A Florida Limited Liability Company
_____/

### PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    1. Silfredo Salina– Plaintiff

    2. Noah E. Storch, Esquire - Counsel for Plaintiff

    3. Richard Celler Legal, P.A. - Attorneys for Plaintiff

    4. Golden Marble & Granite-Defendant

2.) The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    1.  None known.

3.)     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    1.  None other than the persons identified in above.

4.)     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    1. Silfredo Salina – Plaintiff

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated this 9th day of November, 2021.

                                              Respectfully submitted,

                                              */s/ Noah E. Storch*
                                              Noah E. Storch, Esq.
                                              Florida Bar No. 0085476
                                              RICHARD CELLER LEGAL, P.A.
                                              10368 W. State Rd 84, Suite 103
                                              Davie, Florida 33324
                                              Telephone: (866) 344-9243
                                              Facsimile: (954) 337-2771
                                              E-mail: noah@floridaovertimelawyer.com

                                              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of November, 2021, a true and correct copy of the foregoing has been filed using CM/ECF which will send a copy of same to all counsel of record.

*/s/ Noah E. Storch*
Noah E. Storch, Esq.