**SILFREDO SALINA,**
    Plaintiff,

vs.

**GOLDEN MARBLE & GRANITE, INC.,**
A Florida Limited Liability Company

    **Defendant.**
_____/

## PLAINTIFF'S NOTICE OF APPEARANCE OF
## LAUREN TOBIN, ESQUIRE

Pursuant to M.D. Fla Rule 2.02(b), Plaintiff notifies this Court of the appearance of Lauren Tobin, Esq. of Richard Celler Legal, P.A. as Co-Counsel in the above referenced matter and request that any and all pleadings, discovery, deposition notices, hearing notices, motions, correspondence, and any and all other documents be forwarded to the attention of the undersigned attorneys via the CM/ECF System.

Dated this 12th day of November, 2021.

                              Respectfully submitted,
                              ***/s/ Lauren Tobin***
                              Lauren Tobin, Esq.
                              Florida Bar No. 1024850
                              RICHARD CELLER LEGAL, P.A.
                              10368 W. State Rd 84, Suite 103
                              Davie, Florida 33324
                              Telephone: (866) 344-9243
                              Facsimile: (954) 337-2771
                              E-mail: ltobin@floridaovertimelawyer.com
                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 12th day of November, 2021, a true and correct copy of the foregoing has been filed using CM/ECF system which I understand will send a copy to all counsel of record.

               */s/ Lauren Tobin*
               Lauren Tobin, Esq.