UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:21-cv-02566-TPB-AAS

**SILFREDO SALINA,**
 Plaintiff,

vs.

**GOLDEN MARBLE & GRANITE, INC.,**
A Florida Limited Liability Company
 **Defendant.**
_____/

## PLAINTIFF'S NOTICE OF DESIGNATION OF LEAD COUNSEL

Pursuant to the Court's Notice of Local Rule 2.02(a) dated November 15, 2021, (DE 8), **SILFREDO SALINA,** designates Noah E. Storch, Esq., of Richard Celler Legal, P.A. as lead counsel for Plaintiff in the above styled action.

Dated this 15th day of November, 2021.

           Respectfully submitted,

           */s/ Noah E. Storch*
           Noah E. Storch, Esq.
           Florida Bar No. 0085476
           RICHARD CELLER LEGAL, P.A.
           10368 W. State Rd 84, Suite 106
           Davie, Florida 33324
           Telephone: (866) 344-9243
           Facsimile: (954) 337-2771
           E-mail: noah@floridaovertimelawyer.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of November, 2021, a true and correct copy of the foregoing has been filed using CM/ECF system which I understand will send a copy to all counsel of record.

*/s/ Noah E. Storch*
Noah E. Storch, Esq.