| | | |
|---|---|---|
| | **RETURN OF SERVICE** | Court Stamp Here |
| Court | UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF FLORIDA | |
| Plaintiff | SILFREDO SALINA | Case #<br>8:21-CV-02566-TPB-AAS |
| Defendant | GOLDEN MARBLE & GRANITE, INC., A FLORIDA LIMITED LIABILITY COMPANY | Hearing Date |
| Person to be Served | GOLDEN MARBLE & GRANITE, INC. c/o LUIS MONDRAGON, REGISTERED AGENT | Came to Hand Date/Time<br>11/03/2021   11:12 AM |
| Manner of Service | Substitute | Service Date/Time<br>11/19/2021   3:38 PM |
| Documents | SUMMONS;COMPLAINT | Service Fee<br>$55.00 |

On **11/19/2021** at:
**2641 ATHERTON DR, ORLANDO, FL 32824** I served **GOLDEN MARBLE & GRANITE, INC. c/o LUIS MONDRAGON, REGISTERED AGENT** by:

Leaving **1** copy(ies) of this process with **Spouse Refused Name**, a person authorized to accept service and informed that person of the contents thereof, with the date and hour of service endorsed thereon by me.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Spouse Refused Name who indicated they were the person in charge. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 45-55 years of age, 5'4"-5'6" tall and weighing 180-200 lbs. Black BMW in the driveway 923QZA**

Notary not required pursuant to F.S. 92.525(2).

I am over 18 years of age, not a party to nor interested in this case and I have the proper authority in the jurisdiction where I effected service, pursuant to Florida Statute Chapter 48. Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Brandy Holmes*

| | **398 / 398** | 11/20/2021 |
|---|---|---|
| Brandy Holmes | Process Server ID | Date Executed |

Ref **salina**


 Richard Celler Legal P.A.

Tracking # 0079540727
